UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICK SOKOLOWSKI, et al.,

    Plaintiffs,

v.                                Case No. 8:09-cv-2222-T-30EAJ

CELLCO PARTNERSHIP,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #11) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2010.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2222.dismiss 11.wpd